|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA | |
| SHIRELLE S. AHEARN,<br><br>           Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>           Defendant. | CASE NO. 11-cv-05337-JRC<br><br>ORDER REVERSING AND REMANDING PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) | |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (See also Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 5; Consent to Proceed Before a United States Magistrate Judge, ECF No. 8.) This matter is before the Court on Defendant's stipulated motion to remand the matter to the Commissioner for further consideration. (ECF No. 24.)

After reviewing Defendant's stipulated motion and the remaining record, the Court GRANTS Defendant's motion.

ORDER REVERSING AND REMANDING
PURSUANT TO SENTENCE FOUR OF 42 U.S.C.
§ 405(G) - 1

1   It is hereby ORDERED that the above-captioned case be reversed and remanded pursuant
2   to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including, but not
3   limited to, the following actions: the Administrative Law Judge (the "ALJ") will consider and
4   specify the weight given to the medical source opinions of record, including the opinions of Dr.
5   Neims (Tr. 235-243); Dr. Clifford and Dr. Kester (Tr. 311-324, 325-328, 330); Dr. Houck (Tr.
6   251-254); and Dr. van Dam (Tr. 367-375); the ALJ will further consider Plaintiff's residual
7   functional capacity; the ALJ will further evaluate Plaintiff's subjective complaints; the ALJ will
8   determine whether or not Plaintiff's past work as a hotel housekeeper qualifies as past relevant
9   work; the ALJ will determine whether or not Plaintiff can perform any past relevant work; and, if
10  necessary, the ALJ will obtain supplemental vocational expert testimony to determine whether or
11  not Plaintiff can perform any other work.

12  This Court further ORDERS that the ALJ take any other actions necessary to develop the
13  record. In addition, Plaintiff should be allowed to submit additional evidence and arguments to
14  the ALJ on remand.

15  Given the facts and the parties' stipulation, the Court hereby ORDERS the case be
16  **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

17  Dated this 6th day of January, 2012.

J. Richard Creatura
United States Magistrate Judge