UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHIRELLE S. AHEARN,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>            Defendant. | CASE NO. 11-cv-05337 JRC<br><br>ORDER ON STIPULATION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND EXPENSES |

      This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (<u>See also</u> Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 5; Consent to Proceed Before a United States Magistrate Judge, ECF No. 8). This matter is before the Court on plaintiff's Stipulation for EAJA Fees & Expenses (<u>see</u> ECF No. 27).

      Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, (hereinafter "EAJA"), the Stipulation of the parties, and plaintiff's Petition for Award of Attorney's Fees & Expenses Pursuant to the Equal Access to Justice Act 28 USC § 2412 & Supporting Affidavit (ECF No.

1  27, Attachment 1), it is hereby ORDERED that EAJA attorney's fees of $4,406.40 and expenses

2  in the amount of $19.68, shall be awarded to plaintiff pursuant to the EAJA and consistent with

3  Astrue v. Ratliff, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7 (2010). Defendant

4  shall contact the Department of Treasury after the Order for EAJA fees and expenses is entered

5  in order to determine whether or not the EAJA award is subject to any offset. If it is determined

6  that plaintiff's EAJA award is not subject to any offset allowed under the Department of the

7  Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to

8  Rosemary B. Schurman, Esq. based on plaintiff's assignment of these amounts to plaintiff's

9  attorney.  Any check for EAJA fees and expenses shall be mailed to plaintiff's counsel,

10  Rosemary B. Schurman, Esq. at 8123 NE 115th Way, Kirkland, WA 98034.

11  Dated this 6th day of February, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER ON STIPULATION FOR EQUAL
ACCESS TO JUSTICE ACT FEES AND
EXPENSES - 2